**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Cynthia Lynn Arieta

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 21-20009-C-13G |
| Arieta, Cynthia Lynn<br>  SS#XXX-XX-5139 | DOCKET CONTROL #:PGM-4<br>DATE:  September 12, 2022<br>TIME:  1:30 p.m.<br>DEPT#: C  - Courtroom 35 |
| _____ Debtor____/ | Honorable Judge Klein |

**ORDER ON MOTION TO SELL REAL PROPERTY AND REQUEST TO WAIVE RULE 6004(h)**

On September 12, 2022, the matter of Debtors' Motion to Sell Real Property came before the Court and due notice having been given, and good cause appearing;

IT IS ORDERED that the Motion to sell the real property located at 663 Crosswind Drive, Sacramento, CA 95838, is granted, with the following conditions:

1.    The sale is approved provided all liens, if any, are paid in full in a manner consistent with the plan.

2.    The Trustee must approve any Title Company used in connection with the escrow.

3.    The escrow is not permitted to close without the Trustee submitting a demand to the title company that complies with the Chapter 13 Plan, or waives this right in writing.

-1-

4.    The Debtor is required to provide the Trustee with all of the contact information for the Title Company upon opening of escrow.

5.    The Trustee must approve the final closing statement prior to any close of escrow.

6.    If any of these conditions are not met or the Trustee cannot participate in the escrow in a way that complies with the Chapter 13 plan, the Trustee can submit an Ex Parte Application to the Court explaining the issues and requesting that the motion to sell be denied.

7.    Secured Creditor's lien will be paid in full directly out of escrow and immediately upon close of sale based on an unexpired payoff quote to be provided by Secured Creditor.

8.    That Rule 6004(h) is waived to allow the Trustee to issue a demand and fund the Plan from the proceeds of this sale.

9.    The sale will pay the case in full, paying no less than a 100% dividend to general unsecured creditors. The balance of proceeds, if any, shall be paid directly to the Debtor, through escrow.

_Talvinder S. Bambhra, Attorney for Russell D. Greer_
Approved by the Attorney for
Chapter 13 Trustee as to form

Dated: **Dated:** October 05, 2022

Fredrick E. Clement
United States Bankruptcy Judge

-2-